Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com
Attorney Docket: 945-166

**CV 12 _ 3563**

MATSUMOTO, J.

REYES, M.J

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
: 
**BRAND DESIGN CO., INC. d/b/a**
**HOUSE INDUSTRIES,** 
: 
__ CV ____

Plaintiff, SUMMONS ISSUED

-against- **COMPLAINT**

: 
(Jury Trial Demanded)
: 
**NBCUNIVERSAL MEDIA, LLC,**
**DELIVERY AGENT, INC.,**
:
:
Defendants. :
--------------------------------------------------------------- X

Plaintiff, BRAND DESIGN CO., INC. d/b/a HOUSE INDUSTRIES ("House

Industries"), by and through its attorneys, The Martinez Group PLLC, for its Complaint against

Defendants, NBCUNIVERSAL MEDIA, LLC, ("NBC"), and DELIVERY AGENT, INC..

("Delivery"), (collectively, "Defendants"), hereby alleges as follows:

### NATURE AND SUBSTANCE OF THE ACTION

1. Plaintiff files this action against Defendants for Copyright Infringement under 17 U.S.C.

   §101, et seq. and Breach of Contract under applicable state law.

{00019718 v.1}

2.    This action is brought in response to a classic case of Copyright infringement, specifically the unauthorized use, copying and distribution of Plaintiff's copyrighted typeface font software; namely, the unlicensed, unauthorized and uncontrolled use, copying and distribution of Plaintiff's typeface font software by way of Defendant's website, http://www.nbcuni.com ("nbcuni.com"). Title 17 of the United States Code (Copyright Act) was enacted to provide remedies to copyright owners who suffer damages by reason of such actions.

3.    Specifically, Defendants have or have caused others to improperly copy and convert Plaintiff's copyrighted font software code and embed the converted software, resulting in unauthorized and infringing copies of plaintiff's copyrighted software in the nbcuni.com website in such a manner as to enable the at-will copying and downloading of Plaintiff's software by any third party who visits the nbcuni.com website, each without the license or permission of Plaintiff.

4.    Plaintiff is the exclusive owner of the designs, copyrights and trademark associated with the CHALET typeface font family.

5.    Plaintiff is the exclusive owner of the rights to copy and distribute typeface font software products under the Trademarks CHALET.

6.    Title 17 of the United States Code and various provisions of State law were enacted to provide remedies to persons who suffer damages by reason of such actions.

## JURISDICTION AND VENUE

7.    This is an action for Copyright Infringement arising under 17 U.S.C. § 101 et seq. which seeks the disgorgement of revenues and profits together with damages, by reason of Defendant's past and ongoing infringement of Plaintiff's valid and subsisting copyright.

8.     This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1332, 1338(a), and its supplemental jurisdiction, and under Rule 4 of the Federal Rules of Civil Procedure.

9.     Venue is proper in this district under 28 U.S.C. § 1391 and § 1400 in that Defendants or Defendants' agents may be found in this District and, upon information and belief, Defendants transact business in this District.

### THE PARTIES

10.     Plaintiff Brand Design Company Inc. d/b/a House Industries ("House Industries") is a corporation formed in the State of Delaware, having an office at 1145 Yorklyn Road, Yorklyn, Delaware 19736.

11.     Plaintiff is in the business of designing and creating electronic typeface font software, custom works of graphic design, house lettering products for architectural uses, illustrations and objects related to modern lifestyle design and decoration such as limited edition furniture, clothing and educational toys, among many others.

12.     Plaintiff conducts business by way of authorized retailers of such goods and by way of the Internet at http://www.houseind.com.

13.     Plaintiff conducts business within the State of New York and in the County of Kings and by way of the Internet, around the world.

14.     Defendant NBCUniversal Media, LLC. ("NBC") is a foreign limited liability company formed under the laws of the State of Delaware and is authorized to conduct business in New York by the New York Secretary of State, having a place of business at 30 Rockefeller Plaza, New York, New York 10112.

15. Defendant NBC is a provider of entertainment products made available via television broadcast, cable television, by way of the Internet and by theatrical release and by other means. NBC also conducts business on the Internet via an Internet website located at http://www.nbcuni.com.

16. Defendant NBC conducts business throughout the world, the United States, the State of New York, in the County of Kings, within the Eastern District.

17. Defendant Delivery Agent, Inc. ("Delivery") is a foreign corporation formed under the laws of the State of Delaware and is authorized to conduct business in New York by the New York Secretary of State and maintains a place of business at 300 California Street, 3rd Floor, San Francisco, California 94104.

18. Defendant Delivery is a provider of media, commerce and marketing and advertising products and services to entertainment companies such as NBC, CBS, FOX, HBO, SHOWTIME and FX.

19. Delivery also conducts business on the Internet via an Internet website located at http://www.deliveryagent.com.

20. Defendant Delivery conducts business throughout the world, the United States, the State of New York, in the County of Kings, within the Eastern District.

## FACTS COMMON TO ALL CLAIMS

21. House Industries is engaged in the business of designing, creating, producing, marketing, and licensing the use of computer software in the nature of, *inter alia*, unique illustration works, and objects related to modern lifestyle design and decoration such as limited edition furniture, clothing, educational toys, and typeface font software including the

4

CHALET family of typeface fonts for use with personal computers and commercial typesetting devices.

22. House Industries is the exclusive owner of U.S. Copyright Registration Serial No.: VA 1-105-383 for the HOUSE INDUSTRIES CHALET SILHOUETTES Artworks; U.S. Copyright Registration Serial No.: TX 5-342-632 for the COMPUTER PROGRAMS FOR CHALET PARIS NINETEEN SEVENTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-421-268 for the COMPUTER PROGRAM FOR CHALET LONDON NINETEEN SEVENTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-421-267 for the COMPUTER PROGRAM FOR CHALET PARIS NINETEEN EIGHTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-421-266 for the COMPUTER PROGRAM FOR CHALET NEW YORK NINETEEN SIXTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-421-265 for the COMPUTER PROGRAM FOR CHALET LONDON NINETEEN EIGHTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-421-264 for the COMPUTER PROGRAM FOR THE CHALET LONDON NINETEEN SIXTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-438-015 for the COMPUTER PROGRAM FOR THE CHALET TOKYO TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-438-014 for the COMPUTER PROGRAM FOR CHALET NEW YORK NINETEEN EIGHTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-438-013 for the COMPUTER PROGRAM FOR CHALET PARIS NINETEEN SIXTY TYPEFONT; U.S. Copyright Registration Serial No.: TX 5-438-012 for the COMPUTER PROGRAM FOR CHALET NEW YORK NINETEEN SEVENTY TYPEFONT, copies of which are annexed hereto as Exhibit A.

23.   House Industries is the exclusive owner of U.S. Trademark Application Serial No.:85/609,403 (CHALET) a copy of which is annexed hereto as Exhibit B.

24.   House Industries' Copyright and Trademark are each valid and subsisting.

25.   House Industries controls the use of the typeface font software by way of its End User License Agreement ("EULA"), a copy of which is annexed hereto as Exhibit C.

26.   The House Industries EULA prohibits the translation, modification or conversion of its typeface font software.

27.   House Industries, if it so grants, requires the purchase of special license to translate, modify or convert its typeface font software for use for embedding in websites or for use as webfonts.

28.   House Industries is and has been at all times alleged herein, the sole owner of all rights, titles and interests in and to the various CHALET copyright registrations.

29.   House Industries is and has been at all times alleged herein, the sole owner of all right, title and interest in and to the CHALET Trademark.

30.   Plaintiff's records show that on May 12, 2008, Oxygen Media, LLC, purchased a basic, 36 workstation (users) license to use the CHALET typeface font software.

31.   Oxygen Media, LLC is a limited liability company formed under the laws of the State of Delaware and is authorized by the New York Secretary of State to conduct business in the State of New York.

32.   Upon information and belief, Oxygen Media, LLC is a wholly-owned division of NBCUniversal Media, LLC.

33.   Oxygen Media purchased a basic license which permitted the use of Plaintiff's copyrighted typeface font software on 36 computing devices owned by the licensed party at one geographic location.

34.   The license granted to Oxygen Media by Plaintiff did not permit the alteration or transformation of the Plaintiff's font software to any other software or file formats.

35.   The license granted to Oxygen Media by Plaintiff did not permit the transfer of the font software to any other entity, including NBC.

36.   The license granted to Oxygen Media by Plaintiff did not permit the transfer of Plaintiff's copyrighted software to any third party, including Defendants NBC or Delivery Agent.

37.   The license granted to Oxygen Media by Plaintiff did not permit the use of Plaintiff's copyrighted font software on NBC's website.

38.   Plaintiff's records show that neither Defendant NBC nor any of its divisions or subsidiaries has purchased any special licenses permitting the converting and/or embedding of Plaintiffs copyrighted typeface font software in the manners complained of herein.

39.   Upon information Defendant Delivery Agent created the nbcuni.com website, a showing of which is annexed hereto as Exhibit D.

40.   Plaintiff's records show that no license to use the CHALET typeface font software was purchased by DeliveryAgent prior to the acts complained of herein.

41.   Plaintiff's records show that no other permissions have been granted to DeliveryAgent permitting the use and conversion of the CHALET typeface font software for use on the NBC website, www.nbcuni.com.

42. Plaintiffs' records show no acquiescence or other permissions by Plaintiff permitting the software conversion and/or embedding of the CHALET typeface font software into the nbcuni.com website.

43. House Industries has sold, and continues to sell and derive significant revenue from the sale of licenses to use its CHALET typeface fonts.

## DEFENDANT'S ACTIONS

44. Defendants, without a license or the permission or acquiescence of the Plaintiff, have or have caused others to convert, amend and/or translate Plaintiff's CHALET typeface font software into a format suitable for embedding Plaintiff's CHALET typeface font software into NBC's website, a showing of which is annexed hereto as Exhibit E.

45. Upon information and belief defendants used the free font software conversion utility offered by an organization entitled Font Squirrel, which can be freely accessed at http://www.fontsquirrel.com, a showing of which is annexed hereto as Exhibit F.

46. The Font Squirrel website offers a free font software conversion utility for the purpose of converting and altering typeface font software into a format suitable for use as typeface font software that can be embedded into Internet websites.

47. The Font Squirrel font conversion utility expressly requires the user to "check a box" prior to converting any typeface font software, such action being in agreement with the following statement, "Yes, the fonts I'm uploading are legally eligible for web embedding. Font Squirrel offers this service in good faith. Please honor the EULAS [End User License Agreements] of your fonts" (See, Exhibit F).

48. Font Squirrel is not a party to this action.

49.   Plaintiff's records show no agreements, licenses or permissions to NBC, DELIVERYAGENT or to Font Squirrel permitting the use of the Font Squirrel conversion utility by any Defendant.

50.   The foreseeable result of Defendant's actions are that any party visiting the nbcuni.com website can, without any limitation of any kind as to geographic location, number of persons, number of visits, or number of downloads, freely access and download as many full, complete, working and unauthorized copies of Plaintiff's copyrighted CHALET typeface font software as they may desire (See Exhibit E).

51.   Defendant's translation, modification or conversion of the CHALET typeface font software in the manners complained of herein represents multiple infringements of House Industries' valid copyright registrations.

52.   Upon information and belief, approximately 20,000 unauthorized and infringing downloads of plaintiff's copyrighted CHALET typeface font software has occurred via the nbcuni.com website.

53.   Each license to use Plaintiff's CHALET typeface font set costs $175.

54.   Defendant's wrongful conduct has, and continues to be, to deprive House Industries of the revenue from the sales of 20,000 licenses to use the CHALET typeface font software, resulting in monetary damages to Plaintiff in the amount $3,500,000.

55.   Furthermore, the natural, probable and foreseeable result of Defendant's wrongful conduct has, and continues to be, to injure House Industries' relationships with present and prospective customers who rely on the cachet that exclusive licensing and designs represented in the various House Industries works and software create.

56.   Defendant has refused to cease and desist from infringing upon House Industries'
      valuable copyrights despite several demands for such action.

57.   Plaintiff has no adequate remedy at law.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
## 17 U.S.C. 101 et seq.

58.   House Industries repeats and realleges each and every allegation of the Complaint as set
      forth in Paragraphs 1 through 57, inclusive and incorporates them herein by this
      reference.

59.   Upon information and belief, Defendant's infringing activities have caused and, unless
      enjoined by this Court, will continue to cause, irreparable injury and other damage to
      Plaintiff's business, reputation and goodwill in its copyrighted CHALET typeface font
      software.

60.   Plaintiff is entitled to recover damages it has sustained and will continue to sustain,
      together with any gains, profits, and advantages obtained by Defendant as a result of the
      acts of infringement alleged herein.

61.   At present, the amount of such damages, gains, profits, and advantages cannot be fully
      ascertained by Plaintiff but are not less than three million five hundred thousand dollars
      ($3,500,000).

**62.**  Plaintiff has no adequate remedy at law.

## SECOND CAUSE OF ACTION
## BREACH OF CONTRACT

63.   Plaintiff repeats and re-alleges each and every allegation of the Complaint as set forth in
      Paragraphs 1 through 62 inclusive and incorporates them herein by this reference.

64.     Plaintiff's records show that on May 12, 2008, Oxygen Media, LLC, a wholly-owned
        division of NBCUniversal Media, LLC, purchased a basic, 36 workstation (users) license
        to use the CHALET typeface font software.

65.     To the extent that any Defendant may have purchased a license to use the CHALET
        typeface font software, the license purchased by Defendant does not permit the acts and
        uses complained of herein.

66.     Plaintiff's records indicate that there are no license upgrades or other permissions to any
        Defendant permitting the use of the CHALET typeface font software in the manners
        complained of herein.

67.     By reason thereof, Defendants' actions constitute a breach of any contract that exists or
        may have existed between Defendant and Plaintiff.

68.     Plaintiff is entitled to recover damages it has sustained and will continue to sustain,
        together with any gains, profits, and advantages obtained by Defendants as a result of the
        acts of infringement identified herein.

69.     At present, the amount of such damages, gains, profits, and advantages cannot be fully
        ascertained by Plaintiff but are reasonably not less than three million five hundred
        thousand dollars ($3,500,000).

70.     Plaintiff has no adequate remedy at law.


**WHEREFORE**, Plaintiff respectfully requests and prays that this Court will:

1.      Preliminarily and permanently enjoin and restrain Defendant, its officers, directors,
        principals, agents, servants, employees, successors, assigns, and all those in active
        concert or participation with it from:

(a)     Embedding or using Plaintiff's Copyrighted CHALET typeface font software in any of the websites owned or controlled by NBC Universal and its subsidiaries and divisions.

(b)     Imitating, copying, distributing, or making use of House Industries' Copyrighted typeface font software including the use of the individual CHALET typeface fonts; and

(c)     Manufacturing, creating, producing, advertising, promoting, or displaying any product or entertainment vehicle, television show, internet display or website, bearing any simulation, reproduction, counterfeit, copy, derivative version, or colorable imitation of House Industries' copyrights.

2.    Direct that Defendant deliver to Plaintiff a schedule or list of number of downloads of the CHALET typeface font software that has transpired from any and all NBC controlled Internet websites together with the Internet Protocol (ip) address of the party initiating the download.

3.    Direct that Defendant deliver for destruction at Defendant's expense, *inter alia*, all computer files, hard drives, solid state drives, disks, CD-Rom's, DVD's, videotapes, and all other recorded media together with all other items, including but not limited to, digital copies, and products in its possession or under their control that were created and advertised using Plaintiff's copyrighted materials.

4.    Direct the imposition of a constructive trust for all monies received by Defendant from the sale of all goods or services and advertising revenue from Internet website ad sales that were sold using Plaintiff's copyrighted CHALET typeface font software.

5.    Direct that Defendant be required to pay House Industries actual damages in the amount of $3,500,000 for all gains, profits, and advantages derived by Defendant through their infringement of House Industries' valid copyrights.

6.    Direct that Defendant be required to pay to House Industries such other damages that it has sustained as a consequence of Defendant's unauthorized uses of House Industries' copyrights.

7.    Direct that Defendant be ordered to make a written report within a reasonable period of time to be filed with the Court detailing the manner of compliance with the requested injunctive and mandatory relief above.

8.    Award House Industries the costs of this action together with reasonable attorneys' fees.

9.    Award House Industries such other and further relief as the Court may deem just and proper.

<div align="center">

**JURY DEMAND**

</div>

Plaintiff, House Industries, hereby demands a trial by jury.

Dated: <u>July 18, 2012</u>

Respectfully submitted,
THE MARTINEZ GROUP PLLC

By:                  _____

Frank J. Martinez (FJM-2149)
*Attorney for Plaintiff*
*Brand Design Company Inc.,*
*d/b/a House Industries*

THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**FORM VA**
For a Work of the Visual Arts
UN...

VA 1-105-383

| VA | | VAU |

**EFFECTIVE DATE OF REGISTRATION**

Jul 20 2001

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK** ▼
House Industries Chalet Silhouettes

**NATURE OF THIS WORK** ▼
Artwork for personal computers

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2
**a** **NAME OF AUTHOR** ▼
Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Entire Collection of Artwork

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 10   Year ▶ 2000
USA ◀ Nation

## 4
See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Brand Design Co., Inc./House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 20 2001
**ONE DEPOSIT RECEIVED**
**TWO DEPOSIT RECEIVED**
JUL 20 2001
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

. ☐ This is the first published edition of a work previously registered in unpublished form.

. ☐ This is the first application submitted by this author as copyright claimant.

. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**

House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

Area Code and daytime telephone number ▶ 302-234-2356          Fax number ▶ 302-234-2356

Email ▶ roat@houseind.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

House Industries, R. Richard Roat, CPO          Date ▶ July 16, 2001

☞ Handwritten Signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ House Industries |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ P.O. Box 166 |
| | City/State/ZIP ▼ Yorklyn, DE 19736-0166 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

by 1998—300,000          ⊕U.S. COPYRIGHT OFFICE WWW FORM. 1995

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM TX

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTR

**TX 5-342-632**

EFFECTIVE DATE OF REGISTRATION

7    26    01
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** **TITLE OF THIS WORK ▼**
Computer program for Chalet Paris Nineteen Seventy typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**a** **NAME OF AUTHOR ▼**
Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 15   Year ▶ 2000
Nation USA   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSIT RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▶        **Year of Registration** ▶

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**a** Name ▼        Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

Area Code and daytime telephone number ▶  302-234-2356        Fax number ▶  302-234-2356

Email ▶ roat@houseind.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CEO        Date ▶ July 13, 2001

Handwritten Signature (X) ▼

**9** MAIL CERTIFICATE TO

Name ▼
Brand Design Co., Inc DBA House Industries

Number/Street/Apt ▼
P.O. Box 166

City/State/ZIP ▼
Yorklyn, DE 19736-0166

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1999—300,000        U.S. COPYRIGHT OFFICE WWW FORM 1999

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-421-268**

EFFECTIVE DATE OF REGISTRATION

**JUL 2 6 2001**
Month       Day       Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
Computer program for Chalet London Nineteen Seventy typefont

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Brand Design Co., Inc. DBA House Industries

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Text of Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
2000 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 15    Year ▶ 2000
USA ◄ Nation

**4**
See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 2 6 2001
ONE DEPOSIT RECEIVED
JUL 2 6 2001
TWO DEPOSIT RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of    pages

EXAMINED BY _____     FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▶ _____     **Year of Registration** ▶ _____

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                   **Account Number** ▼

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

b

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

Area Code and daytime telephone number ▶ 302-234-2356          Fax number ▶ 302-234-2356

Email ▶ roat@houseind.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Name of author or other copyright claimant, or owner of exclusive right(s)** ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CFO                                      Date ▶ July 18, 2001

👉 Handwritten Signature (X) ▼

**9**

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Brand Design Co., Inc DBA House Industries

**Number/Street/Apt** ▼
P.O. Box 166

**City/State/ZIP** ▼
Yorklyn, DE 19736-0166

**Certificate
will be
mailed in
window
envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 1999—300,000                                      U.S. COPYRIGHT OFFICE WWW FORM 1999



## CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

United States of America

# FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-421-267



EFFECTIVE DATE OF REGISTRATION

JUL 26 2001

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Computer program for Chalet Paris Nineteen Eighty typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**

Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Text of Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JULY   Day ▶ 15   Year ▶ 2000   USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Brand Design Co., Inc. DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 26 2001
**ONE DEPOSIT RECEIVED**
JUL 26 2001
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| ☐ Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
. ☐ This is the first published edition of a work previously registered in unpublished form
. ☐ This is the first application submitted by this author as copyright claimant
. ☐ This is a changed version of the work, as shown by space 6 on this application.

your answer is "Yes," give: Previous Registration Number ▶     Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼   **a**

. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼   **b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account **7**
Name ▼     Account Number ▼   **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼   **b**
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

Area Code and daytime telephone number ▶ 302-234-2356     Fax number ▶ 302-234-2356
email ▶ roat@houseind.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the **8**
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive rights
☐ authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.     Name of author or other copyright claimant, or owner of exclusive rights ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Brand Design Co., Inc DBA House Industries,
I. Richard Roat, CPO     Date ▶ July 18, 2001

Handwritten Signature (X) ▼

**9**
| MAIL CERTIFICATE TO | Name ▼ Brand Design Co., Inc DBA House Industries |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ P.O. Box 166 |
| | City/State/ZIP ▼ Yorklyn, DE 19736-0166 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. COPYRIGHT OFFICE WWW FORM 1996

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-421-266**

EFFECTIVE DATE OF REGISTRATION

JUL 2 6 2001
Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Computer program for Chalet New York Nineteen Sixty typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      **Title of Collective Work ▼**

If published in a periodical or serial give      Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ► USA
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases.
2000 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ► July      Day ► 15      Year ► 2000
USA ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
JUL 26 2001
ONE DEPOSIT RECEIVED
JUL 26 2001
TWO DEPOSIT RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

MORE ON BACK ►   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page   • See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| □ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

. □ This is the first published edition of a work previously registered in unpublished form
. □ This is the first application submitted by this author as copyright claimant
. □ This is a changed version of the work, as shown by space 6 on this application

your answer is "Yes," give **Previous Registration Number** ▶            **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                    **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**b**

Area Code and daytime telephone number ▶  302-234-2356          Fax number ▶  302-234-2356

Email ▶ roat@houseind.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶ {
□ author
□ other copyright claimant
□ owner of exclusive right(s)
□ authorized agent of

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CFO                                              Date ▶ July 18, 2001

☞        Handwritten Signature (X) ▼

| MAIL CERTIFI- CATE TO | **Name** ▼ | YOU MUST: |
|---|---|---|
| | Brand Design Co., Inc DBA House Industries | • Complete all necessary spaces • Sign your application in space 8 |
| Certificate will be mailed in window envelope | **Number/Street/Apt** ▼ | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: |
| | P.O. Box 166 | 1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/Zip** ▼ | MAIL TO: |
| | Yorklyn, DE 19736-0166 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—300,000                                                                  ✰ U.S. COPYRIGHT OFFICE WWW FORM 1995



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-421-265

EFFECTIVE DATE OF REGISTRATION

**JUL 2 6 2001**
Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
Computer program for Chalet London Nineteen Eighty typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.      **Title of Collective Work ▼**

If published in a periodical or serial give      Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Brand Design Co., Inc, DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ► USA
{ Domiciled in ► _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
{ Domiciled in ► _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ►
{ Domiciled in ► _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ► July   Day ► 15.   Year ► 2000      USA ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 26 2001
**ONE DEPOSIT RECEIVED**
JUL 26 2001
**TWO DEPOSIT RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶          **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**a**

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**a**

**b**

**7**

Area Code and daytime telephone number ▶   302-234-2356          Fax number ▶   302-234-2356

email ▶ roat@houseind.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CPO                    Date ▶ July 18, 2001

✎ Handwritten Signature (X) ▼

| MAIL CERTIFI- CATE TO | **Name** ▼  Brand Design Co., Inc DBA House Industries | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | **Number/Street/Apt** ▼  P.O. Box 166 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE 1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | **City/State/Zip** ▼  Yorklyn, DE 19736-0166 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue S.E. Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Jul 2001          • U.S. COPYRIGHT OFFICE WWW FORM 1995



# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**OFFICIAL SEAL**

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-421-264**

EFFECTIVE DATE OF REGISTRATION

JUL 2 6 2001

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**
Computer program for Chalet London Nineteen Sixty typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared     **Title of Collective Work ▼**

If published in a periodical or serial give     Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a NAME OF AUTHOR ▼**
Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?     ☐ Yes  ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Text of Computer Program

**NOTE**

*Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.*

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

---

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◄ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JULY     Day ▶ 15     Year ▶ 2000     USA ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 26 2001
ONE DEPOSIT RECEIVED
JUL 26 2001
TWO DEPOSIT RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE
OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions     • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

. ☐ This is the first published edition of a work previously registered in unpublished form
. ☐ This is the first application submitted by this author as copyright claimant
. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▶      Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a**  **6**

. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                       Account Number ▼

**a**  **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

**b**

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

Area Code and daytime telephone number ▶ 302-234-2356         Fax number ▶ 302-234-2356

email ▶ roat@houseind.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

Check only one ▶ ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Brand Design Co., Inc DBA House Industries,
L. Richard Roat, CFO                           Date ▶ July 18, 2001

Handwritten Signature (X) ▼

**9**

| MAIL CERTIFI-CATE TO | Name ▼ | YOU MUST |
| --- | --- | --- |
| | Brand Design Co., Inc DBA House Industries | • Complete all necessary spaces • Sign your application in space 8 |
| | Number/Street/Apt ▼ | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE |
| Certificate will be mailed in window envelope | P.O. Box 166 | 1. Application form 2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ | MAIL TO |
| | Yorklyn, DE 19736-0166 | Library of Congress Copyright Office 101 Independence Ave, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TX 5-438-015**

*TX0005438015*

EFFECTIVE DATE OF REGISTRATION

**JUL 2 6 2001**

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Computer program for Chalet Tokyo typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Brand Design Co., Inc. DBA House Industries

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Text of Computer Program

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2000   ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 15   Year ▶ 2000   Nation ▶ USA ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 26 2001
ONE DEPOSIT RECEIVED
JUL 26 2001
TWO DEPOSIT RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | LD / TMS | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶        Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**b**

**7**

Area Code and daytime telephone number ▶ 302-234-2356        Fax number ▶ 302-234-2356
Email ▶ roat@houseind.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
Check only one ▶
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CFO        Date ▶ July 18, 2001
Handwritten Signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ Brand Design Co., Inc DBA House Industries |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ P.O. Box 166 |
| | City/State/ZIP ▼ Yorklyn, DE 19736-0166 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

# FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI

**TX 5-438-014**

EFFECTIVE DATE OF REGISTRATION

**JUL 3 1 2001**

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Computer program for Chalet New York Nineteen Eighty typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 15    Year ▶ 2000    Nation ▶ USA

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**JUL 3 1 2001**
ONE DEPOSIT RECEIVED
**JUL 3 1 2001**
TWO DEPOSIT RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __2__ pages

EXAMINED BY 9B/TMS

FORM TX

CHECKED BY

CORRESPONDENCE

☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼ **a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ **b**

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

Area Code and daytime telephone number ▶ 302-234-2356 Fax number ▶ 302-234-2356

Email ▶ roat@houseind.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CFO Date ▶ July 18,2001

Handwritten Signature (X) ▼ [signature]

**9**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Brand Design Co., Inc DBA House Industries

Number/Street/Apt ▼
P.O. Box 166

City/State/ZIP ▼
Yorklyn, DE 19736-0166

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-438-013

*TX0005438013*

**EFFECTIVE DATE OF REGISTRATION**

JUL 2 6 2001

Month        Day        Year



**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK** ▼

Computer program for Chalet Paris Nineteen Sixty typefont

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work** ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** **NAME OF AUTHOR** ▼

Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2010 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 15    Year ▶ 2000
USA. ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**
JUL 26 2001

**TWO DEPOSIT RECEIVED**
JUL 26 2001

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ▶    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | _/CD_ | FORM TX |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

*If your answer is "Yes," give:* Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**b**

Area Code and daytime telephone number ▶  302-234-2356          Fax number ▶  302-234-2356

Email ▶ roat@houseind.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CPO          Date ▶ July 18, 2001

☞  Handwritten Signature (X) ▼

| MAIL CERTIFI- CATE TO | Name ▼ Brand Design Co., Inc DBA House Industries |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ P.O. Box 166 |
| | City/State/ZIP ▼ Yorklyn, DE 19736-0166 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000          ☆U.S. COPYRIGHT OFFICE WWW FORM 1995

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TX 5-438-012**
*TX5438*438012*

**EFFECTIVE DATE OF REGISTRATION**

**JUL 2 6 2001**
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Computer program for Chalet New York Nineteen Seventy typefont

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Brand Design Co., Inc. DBA House Industries

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Text of Computer Program

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ 15    Year ▶ 2000
USA ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**APPLICATION RECEIVED**
JUL 26 2001
**ONE DEPOSIT RECEIVED**
JUL 26 2001
**TWO DEPOSIT RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | CHECKED BY | | FORM TX |
|---|---|---|---|

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
. ☐ This is the first published edition of a work previously registered in unpublished form.
. ☐ This is the first application submitted by this author as copyright claimant.
. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Brand Design Co., Inc DBA House Industries
P.O. Box 166
Yorklyn, DE 19736-0166

**b**

Area Code and daytime telephone number ▶ 302-234-2356          Fax number ▶ 302-234-2356

Email ▶ roat@houseind.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Brand Design Co., Inc DBA House Industries,
R. Richard Roat, CFO                              Date ▶ July 18, 2001

☞ Handwritten Signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼
Brand Design Co., Inc DBA House Industries

Certificate
will be
mailed in
window
envelope

Number/Street/Apt ▼
P.O. Box 166

City/State/ZIP ▼
Yorklyn, DE 19736-0166

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

©U.S. COPYRIGHT OFFICE WWW FORM: 1995

Case 1:12-cv-03563-KAM-RER   Document 1   Filed 07/18/12   Page 38 of 51 PageID #: 4004



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon May 21 04:35:46 EDT 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   ( *Use the "Back" button of the Internet Browser to return to TESS*)

# CHALET

| | |
|---|---|
| **Word Mark** | CHALET |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Printing fonts that can be downloaded provided by means of electronic transmission; Typeface fonts recorded on magnetic media. FIRST USE: 20000610. FIRST USE IN COMMERCE: 20000610 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85609403 |
| **Filing Date** | April 26, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) BRAND DESIGN COMPANY INC. DBA HOUSE INDUSTRIES CORPORATION DELAWARE 1145 Yorklyn Road, PO Box 166 Yorklyn DELAWARE 19736 |
| **Attorney of Record** | Frank J. Martinez, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP



# House Industries

## END-USER FONT SOFTWARE LICENSE AGREEMENT

*Please read this agreement carefully! By installing House Industries font software, you are agreeing to the terms of this license. House Industries fonts and artwork are licensed for use on 10 rasterizing devices owned by the same entity or individual. A device may be, but is not limited to, a printer, rasterizer, video display terminal, CPU, workstation or any device where the font software is rasterized or display of the House Industries Font is generated from font software outlines. If your configuration exceeds this format, you must call House Industries at 302-234-2356 to expand your site license. If you do not agree to the terms of this software license, please return the software envelope unopened to:*

> HOUSE INDUSTRIES
> 1145 YORKLYN ROAD
> P.O. BOX 166
> YORKLYN, DELAWARE 19736-0166

1. Each House Industries font is licensed for use on 10 rasterizing devices owned by the same entity or individual.

2. A multi-device site license upgrade must be purchased for multiple device use according to a multi-device license schedule available at *www.houseind.com/license* or in Paragraph 11 of this license. Each location and/or entity must purchase a separate license, starting with the first device. An output device is *any* printer, such as a Linotronic rasterizer, laser printer, dot-matrix printer, direct to plate imaging device any video display terminal or any other device where display is generated from the font software outlines, such as with the use of Adobe Type Manager or native TrueType rasterizer if the font is to be used primarily for display terminals that generate the output, as in a multimedia CD.

3. If you are an advertising agency, acting on behalf of an advertising agency or otherwise acting in a similar capacity or for the benefit of a third party, the purchase of a license for your client is *required* and depending upon the scope of the intended use, a further license upgrade and/or the purchase of a special license may be required.

4. House Industries font software may not be copied or duplicated in any form except for a single copy solely for backup purposes. House Industries font software or documentation may not be resold, rented, leased, sublicensed or lent to another person or entity.

5. House Industries font software may not be returned or exchanged unless defective. Defective software shall be replaced by the same software if accompanied with purchase receipt and seller is notified within one week of purchase.

6. Any software, EPS file, illustration, or anything derived from House Industries font software must be used according to the original licensing terms. This means, for example, that any modified House Industries font, or any outline information derived from any House Industries font is still licensed for the same number of devices as the original and may not be sublicensed, given away, or sold without written permission from House Industries. House Industries is responsible for technical support of its officially distributed fonts only. House Industries is not responsible for modified and/or regenerated software. A special license is required to use the House Font Software in logo design, with or in electronic books or games, goods for sale, retail packaging, signage or alphabet products such as scrapbook products or software, adhesive or rub on lettering, game playing or gaming devices irrespective of whether the Font Software

CONTINUED...

itself is embedded into the device or if it is merely the designs of the Fonts embodied in the Font Software that are displayed. The terms of this Agreement are contractual in nature and not mere recitations.

7. This license does not permit any form of embedding or encrypting of House Industries font software in digital documents or any other form. If embedding of House Industries fonts is desired, the user must purchase an additional license from House Industries based upon usage. If an embedding license is desired, licensee must represent and warrant that licensee's encryption of the embedded House Industries font software is secure enough to prevent access or use by anyone using the software in which the font data is embedded.

8. The user of this House Industries font software agrees to credit House Industries as the trademark and copyright owner of the House Industries fonts and list the font names, wherever and whenever design, production, or any other credits are shown.

9. Any violation by licensee of this agreement shall cause this license to be terminated. In the event of termination, and without limiting any remedies, you must immediately return the font software to House Industries and certify that *no copies remain in your possession or exist on the originally licensed site.*

10. House Industries makes no warranties express or implied as to merchantability, fitness for a particular purpose, or otherwise. Without limiting the aforementioned, House Industries shall in no event be liable for any direct, indirect, consequential, or incidental damages, including damages from loss of business profits, business interruption, and loss of business information, arising out of the use or inability to use the product. ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE ARE SPECIFICALLY EXCLUDED AND DISCLAIMED. Some states do not permit the exclusion of implied warranties, and you may have other rights which may vary from state to state. HOUSE INDUSTRIES AND ITS SUBSIDIARIES AND AFFILIATES SHALL NOT BE LIABLE TO YOU OR ANY OTHER PERSON OR ENTITY FOR ANY GENERAL, SPECIAL, DIRECT, INDIRECT, CONSEQUENTIAL, INCIDENTAL OR OTHER DAMAGES ARISING OUT OF THE USE OF THE FONT SOFTWARE. Some jurisdictions do not allow the exclusions of limitations related to purchases by consumers. To the greatest extent permitted by law, any implied warranties or exclusions not effectively excluded by this License are limited to ninety (90) days. House Industries reserves the right to decline to license House Industries Font Software to any Licensee at House Industries' sole discretion. At the sole discretion of House Industries, House Industries Font Software may be discontinued or be replaced with an alternative at any time without prior notice and any rights granted to use House Industries Font Software may be revoked, and you, your employer and/or your client if applicable, agree not to use House Industries Font Software in the future.

## 11. MULTI-DEVICE LICENSE UPGRADE SCHEDULE

*The basic House Industries software license permits the use of the Font Software on a maximum of ten rasterizing devices owned by the same entity or individual. Device upgrades are sold in blocks of five and the cost increases are multiples of the Base Price Licensing Fee and are calculated according the following formula:*

| | |
|---|---|
| 1-10 DEVICES: BASE PRICE | 56-60 DEVICES: BASE PRICE X 5.6 |
| 11-15 DEVICES: BASE PRICE X 1.75 | 61-65 DEVICES: BASE PRICE X 6.1 |
| 16-20 DEVICES: BASE PRICE X 2 | 66-70 DEVICES: BASE PRICE X 6.5 |
| 21-25 DEVICES: BASE PRICE X 2.4 | 71-75 DEVICES: BASE PRICE X 6.9 |
| 26-30 DEVICES: BASE PRICE X 2.9 | 76-80 DEVICES: BASE PRICE X 7.4 |
| 31-35 DEVICES: BASE PRICE X 3.4 | 81-85 DEVICES: BASE PRICE X 7.8 |
| 36-40 DEVICES: BASE PRICE X 3.8 | 86-90 DEVICES: BASE PRICE X 8.3 |
| 41-45 DEVICES: BASE PRICE X 4.3 | 91-95 DEVICES: BASE PRICE X 8.7 |
| 46-50 DEVICES: BASE PRICE X 4.7 | 96-100 DEVICES: BASE PRICE X 9.2 |
| 51-55 DEVICES: BASE PRICE X 5.2 | 100 DEVICES & UP: *quoted individually* |











Case 1:12-cv-03563-KAM-RER Document 1 Filed 07/18/12 Page 48 of 51 PageID #: 48

Chalet-NewYorkNineteenSixty (TrueType)

Typeface name: Chalet-NewYorkNineteenSixty
File size: 102 KB
Version: Version 2.001;PS 002.000;hotconv 1.0.38
(C) 2000-2005, House Industries/Brand Design Co. Inc. All rights reserved.

abcdefghijklmnopqrstuvwxyz
ABCDEFGHIJKLMNOPQRSTUVWXYZ
1234567890.,;:('!?')

The quick brown fox jumps over the lazy dog. 1234567890

The quick brown fox jumps over the lazy dog. 1234567890

The quick brown fox jumps over the lazy dog. 1234567890

The quick brown fox jumps over the lazy dog. 1234567890

The quick brown fox jumps over the lazy dog. 123

The quick brown fox jumps over the laz

The quick brown fox jumps over



