**The Martinez Group PLLC**

ATTORNEYS & COUNSELORS IN INTELLECTUAL PROPERTY LAW

PATENT · TRADEMARK
COPYRIGHT · LITIGATION

AFFILIATED OFFICES
LOS ANGELES, CALIFORNIA
CHICAGO, ILLINOIS
AUSTIN, TEXAS
PORTLAND, OREGON

55 WASHINGTON STREET
SUITE 253-C
BROOKLYN, NY 11201

718 797 2341 TELEPHONE
855 553 7004 FACSIMILE

WWW.MARTINEZGROUP.COM

October 25, 2012

Via ECF

FRANK J. MARTINEZ
FM@martinezgroup.com

Hon. Kiyo A. Matsumoto, Judge
Hon. Raymond E. Reyes, Magistrate Judge
Federal District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Brand Design Co. Inc. v NBC et al
            Case No.: 12-CV-3563
            Attorney Docket: 945-166

Dear Judges Matsumoto and Reyes:

    Counsel to the parties have stipulated to the terms of the Proposed Confidentiality Order and Order Sealing Production in connection with the above-identified matter. The proposed order is annexed hereto and the entry of the same is hereby respectfully requested.

    Please feel free to contact the undersigned if the Court has any questions.

Respectfully submitted,
THE MARTINEZ GROUP PLLC

By: _____
Frank J. Martinez

Enclosures
cc: Kristin Jamberdino, Jason Kravitz – via email

{00020569 v.1}