## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**BRAND DESIGN CO., INC. d/b/a**
**HOUSE INDUSTRIES,**

                        Plaintiff,

-against-


**NBCUNIVERSAL MEDIA, LLC,**
**DELIVERY AGENT, INC.,**

                     Defendants.

-------------------------------------------------------------------X

**12-CV-3563**
**(KAM) (RER)**

### REQUEST FOR ADJOURNMENT OF STATUS CONFERENCE

        On October 14, 2012, the Court ordered the scheduling of a telephonic Status Conference for December 7, 2012 at 10:30 am (Document No.: 18). The undersigned does, by this document, state that Counsel for Plaintiff and Defendants have conferred and that an agreement in principle has been reached and a document is being finalized together with discussions related to the customary ministerial matters.

        Accordingly, Counsel for the parties each hereby respectfully request a 30 day adjournment up to and including January 7, 2013 of the Status Conference or until such other time as the Court shall order.  This is the First Request for an adjournment of Status Conference.

Dated: December 3, 2012

                     Respectfully submitted,
                     **THE MARTINEZ GROUP, PLLC**

              By: _____
                     Frank J. Martinez, Esq. (FJM-2149)
                     *Attorney for Plaintiff*

                     **SO ORDERED**

Dated: _____

                     _____
                                       U.S.D.J

## **AFFIDAVIT OF SERVICE**

I hereby certify that a true copy of the foregoing document, Request for Adjournment of Status Conference was served on December 3, 2012 by electronic mail only to:


Jason C. Kravitz, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
617.345.1318 Telephone
866.947.1715 Facsimile
jkravitz@nixonpeabody.com

Kristin M. Jamberdino
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
212.940.3152 Telephone
866.907.4405 Facsimile
kjamberdino@nixonpeabody.com
*Attorneys for Defendants*


Date: <u>December 3, 2012</u>                    By:_____
                                                              Frank J. Martinez