UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAND DESIGN COMPANY, INC. <br> d/b/a HOUSE INDUSTRIES <br><br> Plaintiff <br><br> v. <br><br> NBCUNIVERSAL MEDIA, LLC and <br> DELIVERY AGENT, INC., <br><br> Defendants. | Civil Action No. <br> 12-CV-3563 (KAM)(RER) <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brand Design Company, Inc. d/b/a House Industries, by its attorneys, and Defendants NBCUniversal Media, LLC and Delivery Agent, Inc., by their attorneys, hereby voluntarily dismiss with prejudice the above-captioned action, including all claims and counterclaims asserted therein, with each party bearing its own costs and attorneys' fees and with each party waiving all rights of appeal.

Dated: January 4, 2013

Respectfully submitted,

THE MARTINEZ GROUP PLLC

By: _____
Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com
*Attorney for Plaintiff*
*Brand Design Company, Inc.*
*d/b/a House Industries*

NIXON PEABODY LLP

By: _____
Kristin M. Jamberdino (KJ2359)
437 Madison Avenue
New York, New York
(212) 940-3152 Telephone
(866) 907-4405 Facsimile
kjamberdino@nixonpeabody.com
*Attorneys for Defendants*
*NBCUniversal Media, LLC*
*and Delivery Agent, Inc.*

14211846.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, entitled STIPULATION OF DISMISSAL WITH PREJUDICE was served this 4th day of January, 2013, by electronic mail only to:

Kristin M. Jamberdino
NIXON PEABODY LLC
37 Madison Avenue
New York, New York 10022
kjamberdino@nixonpeabody.com
(212) 940-3152 Telephone
(866) 907-4405 Facsimile
*Attorney for Defendants
NBCUniversal Media LLC and
Delivery Agent, Inc.*

Jason C. Kravitz, *pro hac vice*
NIXON PEABODY LLC
100 Summer Street
Boston, Massachusetts 02110
jkravits@nixonpeabody.com
(617) 345-1318 Telephone
(617) 947-1715 Facsimile
*Attorney for Defendants
NBCUniversal Media LLC and
Delivery Agent, Inc.*

Dated: January 4, 2013

By: _____
Frank J. Martinez