UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAND DESIGN COMPANY, INC. d/b/a HOUSE INDUSTRIES<br><br>Plaintiff<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC and DELIVERY AGENT, INC.,<br><br>Defendants. | Civil Action No.<br>12-CV-3563 (KAM)(RER)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brand Design Company, Inc. d/b/a House Industries, by its attorneys, and Defendants NBCUniversal Media, LLC and Delivery Agent, Inc., by their attorneys, hereby voluntarily dismiss with prejudice the above-captioned action, including all claims and counterclaims asserted therein, with each party bearing its own costs and attorneys' fees and with each party waiving all rights of appeal.

Dated: January 4, 2013

Respectfully submitted,

THE MARTINEZ GROUP PLLC

By: _____
Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com
*Attorney for Plaintiff*
*Brand Design Company, Inc.*
*d/b/a House Industries*

NIXON PEABODY LLP

By: _____
Kristin M. Jamberdino (KJ2359)
437 Madison Avenue
New York, New York
(212) 940-3152 Telephone
(866) 907-4405 Facsimile
kjamberdino@nixonpeabody.com
*Attorneys for Defendants*
*NBCUniversal Media, LLC*
*and Delivery Agent, Inc.*

s/KAM
So Ordered: _____
dated 1/4/13   Kiyo A. Matsumoto
U.S. District Judge

14211846.1